# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**PA 2-351-564**

Effective Date of Registration:
May 13, 2022
Registration Decision Date:
June 01, 2022



## Copyright Registration for a Group of Works Published on the Same Album
Registration issued pursuant to 37 C.F.R. § 202.4(k)

### Titles

- **Group Title:** Works published on the album The Bandit Hound (Music from the Motion Picture)
- **Album Title:** The Bandit Hound (Music from the Motion Picture)
- **Album Label:** 557959 Records DK
- **Title of Work:** The Bandit Hound, Album Track Number 1
- **Title of Work:** Dog with a Bomb, Album Track Number 2
- **Title of Work:** Bandit is One of a Kind, Album Track Number 3
- **Title of Work:** The Street's Off Limits!, Album Track Number 4
- **Title of Work:** You Stole Leaper!, Album Track Number 5
- **Title of Work:** A Pretty Good Start, Album Track Number 6
- **Title of Work:** Casa de Owen, Album Track Number 7
- **Title of Work:** Goodnight (Bandit Sneaks Out), Album Track Number 8
- **Title of Work:** Pet-i-cure, Album Track Number 10
- **Title of Work:** I Named Him Bandit, Album Track Number 11
- **Title of Work:** Armored Car Robbery, Album Track Number 12
- **Title of Work:** Let Somebody Help You, Album Track Number 13
- **Title of Work:** I Have a Date, Album Track Number 14
- **Title of Work:** Catch That Dog!, Album Track Number 15
- **Title of Work:** I Didn't Mean to Get You into Trouble, Album Track Number 16
- **Title of Work:** Now It's War, Album Track Number 17
- **Title of Work:** Plan B, Album Track Number 18
- **Title of Work:** I Shoulda Used the ATM, Album Track Number 19
- **Title of Work:** Final Confrontation, Album Track Number 20
- **Title of Work:** Happy Ending with Puppies, Album Track Number 21

### Completion/Publication

- **Year of Completion for the Works Published on the Album:** 2016
- **Date of First Publication for the Album:** September 23, 2019
- **Nation of First Publication:** United States
- **Works released on a digital album:** Yes

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-351-017**

Effective Date of Registration:
May 12, 2022

Registration Decision Date:
May 25, 2022



## Copyright Registration for a Group of Works Published on the Same Album
Registration issued pursuant to 37 C.F.R. § 202.4(k)

### Titles

| | |
|---|---|
| Group Title: | Works published on the album Flatland - Music From The Motion Picture |
| Album Title: | Flatland - Music From The Motion Picture |
| Album Label: | Flash Music |
| • Title of Work: | Main Titles, Album Track Number 1 |
| • Title of Work: | Morning In Flatland, Album Track Number 2 |
| • Title of Work: | Squaricles, Album Track Number 3 |
| • Title of Work: | Pantocyclus, Album Track Number 4 |
| • Title of Work: | A Math Lesson, Album Track Number 5 |
| • Title of Work: | A Gift For Hex, Album Track Number 6 |
| • Title of Work: | Other Worlds, Album Track Number 7 |
| • Title of Work: | Spherius, Album Track Number 8 |
| • Title of Work: | Spaceland, Album Track Number 9 |
| • Title of Work: | Rumor And Myth, Album Track Number 10 |
| • Title of Work: | Circle Council, Album Track Number 11 |
| • Title of Work: | Area 33-H, Album Track Number 12 |
| • Title of Work: | Race To The Rescue, Album Track Number 13 |
| • Title of Work: | Hex Learns The Truth, Album Track Number 14 |
| • Title of Work: | The Trial, The 4th Dimension, Album Track Number 15 |
| • Title of Work: | End Titles, Album Track Number 16 |

### Completion/Publication

| | |
|---|---|
| Year of Completion for the Works Published on the Album: | 2007 |
| Date of First Publication for the Album: | September 01, 2007 |
| Nation of First Publication: | United States |
| Works released on a digital album: | Yes |
| Works released on a physical product: | Yes |



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-351-433**

Effective Date of Registration:
May 13, 2022

Registration Decision Date:
May 31, 2022



## Copyright Registration for a Group of Works Published on the Same Album
Registration issued pursuant to 37 C.F.R. § 202.4(k)

### Titles

- Group Title: Works published on the album Old Fashioned
- Album Title: Old Fashioned
- Album Label: 557959 Records DK
- Title of Work: Clay and Amber, Album Track Number 1
- Title of Work: Getting to Know You, Album Track Number 2
- Title of Work: Gold in Your Eyes, Album Track Number 3
- Title of Work: Aunt Zella, Album Track Number 4
- Title of Work: Our First Date, Album Track Number 5
- Title of Work: I Had a Crazy Dream Last Night, Album Track Number 6
- Title of Work: Allergy Medicine, Album Track Number 7
- Title of Work: You're Wearing Me Down, Album Track Number 8
- Title of Work: Red, Yellow, Green, Album Track Number 9
- Title of Work: Angel in My Arms, Album Track Number 10
- Title of Work: Home, Album Track Number 11
- Title of Work: Focus, Comprende?, Album Track Number 12
- Title of Work: Pretend, Album Track Number 13
- Title of Work: Maybe They Do, Album Track Number 14
- Title of Work: Kelly's Bible, Album Track Number 15
- Title of Work: Threshold, Album Track Number 16
- Title of Work: Forgiveness, Album Track Number 17

### Completion/Publication

- Year of Completion for the Works Published on the Album: 2013
- Date of First Publication for the Album: July 08, 2015
- Nation of First Publication: United States
- Works released on a digital album: Yes
- Works released on a physical product: No

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**SR 929-904**

Effective Date of Registration:
May 25, 2022
Registration Decision Date:
June 10, 2022

## Copyright Registration for a Group of Works Published on the Same Album
Registration issued pursuant to 37 C.F.R. § 202.4(k)

### Titles

- **Group Title:** Works published on the album Old Fashioned
- **Album Title:** Old Fashioned
- **Title of Work:** Clay and Amber, Album Track Number 1
- **Title of Work:** Getting to Know You, Album Track Number 2
- **Title of Work:** Gold in Your Eyes (feat. Carrah Flahive), Album Track Number 3
- **Title of Work:** Aunt Zella, Album Track Number 4
- **Title of Work:** Our First Date, Album Track Number 5
- **Title of Work:** I Had a Crazy Dream Last Night, Album Track Number 6
- **Title of Work:** Allergy Medicine, Album Track Number 7
- **Title of Work:** You're Wearing Me Down, Album Track Number 8
- **Title of Work:** Red, Yellow, Green, Album Track Number 9
- **Title of Work:** Angel in My Arms, Album Track Number 10
- **Title of Work:** Home, Album Track Number 11
- **Title of Work:** Focus, Comprende?, Album Track Number 12
- **Title of Work:** Pretend (feat. Suzanne Waters), Album Track Number 13
- **Title of Work:** Maybe They Do, Album Track Number 14
- **Title of Work:** Kelly's Bible, Album Track Number 15
- **Title of Work:** Threshold, Album Track Number 16
- **Title of Work:** Forgiveness, Album Track Number 17

### Completion/Publication

Year of Completion for the Works Published on the Album: 2013
Date of First Publication for the Album: September 23, 2016
Nation of First Publication: United States
Works released on a digital album: Yes
Works released on a physical product: No

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**SRu 1-504-463**
Effective Date of Registration:
April 27, 2022
Registration Decision Date:
May 25, 2022

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| Title of Group: | Sunrise and 8 Other Unpublished Works |
| Content Title: | Sunrise |
| | Lily Dances |
| | Report Card |
| | Objective=Girls |
| | Making a Choice |
| | I Have a Date |
| | Retreat and Beating |
| | She-Doos |
| | Dark King Wenceslas |

### Completion/Publication

Year of Completion: 2016

### Author

- Author: Kazimir Boyle
  Author Created: Sound Recordings and Musical Works (with or without lyrics)
  Citizen of: United States
  Year Born: 1976

### Copyright Claimant

Copyright Claimant: Kazimir Boyle
150 N Taylor Ave, Oak Park, IL, 60302

### Limitation of copyright claim

Material excluded from this claim: "Dark King Wenceslas" is a new arrangement of the public domain Christmas

Page 1 of 2